IT IS SO ORDERED.

Dated: September 8, 2017
      02:28:37 PM

_____
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | |
|---|---|
| IN RE: | Case No. 17-40457 |
| Arthur L. Fisher, SR., <br> Pamela L. Fisher | Chapter 13 |
| | Judge Kay Woods |
| Debtors | **AGREED ORDER RESOLVING OBJECTION TO CONFIMATION OF CHAPTER 13 PLAN** |

This matter came to be considered on the Objection To Confirmation of Chapter 13 plan filed by Creditor Specialized Loan Servicing LLC, As Servicing Agent for the Bank of New York Mellon Trust Company, National Association FKA the Bank of New York Trust Company, N.A. As Successor To JPMorgan Chase Bank, As Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS6The Bank

Movant has alleged that good cause exists for granting the Objection and that Debtors', counsel

for Debtors, the Chapter 13 Trustee, and all other necessary parties were served with this Objection and with notice of the hearing date for this Objection.

The parties have entered into an agreement resolving the Objection, the terms of which are set forth as follows:

1. That the Creditor filed a Proof of Claim evidencing a pre-petition arrearage claim of $46,062.47.

2. That the Debtors are in the process of filing an Adversary Proceeding that will be filed by September 15, 2017, naming Specialized Loan Servicing LLC, As Servicing Agent for the Bank of New York Mellon Trust Company, National Association FKA the Bank of New York Trust Company, N.A. As Successor To JPMorgan Chase Bank, As Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS6The Bank as Defendants; the adversary case pertains to issues regarding the Claim of the Creditor. Specifically, but not limited to claims and defenses to the arrearage claim that will be resolved through the claims process.

3. That the Objection to the Confirmation of the Plan filed by the Creditor shall be withdrawn without prejudice pending the outcome of the adversary proceeding.

4. That the Chapter 13 Trustee agrees to hold the proof of claim filed by the Creditor in abeyance until resolution of the adversary proceeding.

IT IS SO ORDERED

###

SUBMITTED BY:

/s/Alison A. Gill
Alison A. Gill 0061710
655 Cooper Road
Westerville, OH 43081
Ph: 614-523-7575
Fax: 614-523-7580
Alison@ohiolaws.com

/s/Philip D. Zuzolo
Philip D. Zuzolo, Attorney for debtors
Ohio Supreme Court No. 0081865
Zuzolo Law Offices, LLC
700 Youngstown Warren Rd
Niles, Oh 44446
330-652-1609
Fax: 330-652-9421
philipz@zuzolo.com

COPIES TO:
Alison A. Gill 0061710
655 Cooper Road
Westerville, OH 43081
Alison@ohiolaws.com
VIA ELECTRONIC SERVICE

Michael A. Gallo
5048 Belmont Avenue
Youngstown, OH 44505
mgallo@gallotrustee.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Philip D. Zuzolo– Attorney for Debtors
700 Youngstown Warren Rd
Niles, OH 44446
philipz@zuzolo.com and philipz@zuzolo.com
VIA ELECTRONIC SERVICE