# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 17-40457-KW** |
| **ARTHUR L. FISHER, SR.** | § | |
| **PAMELA L. FISHER** | § | |
| **DEBTORS** | § | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Specialized Loan Servicing LLC as servicing agent for U.S. Bank, N.A., not in its individual capacity, but solely as trustee of the NRZ Pass-Through Trust X**

Name of Transferee

**The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS c/o Specialized Loan Servicing LLC**

Name of Transferor

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2526**

Court Claim # (if known): 14-1
Amount of Claim: $108,356.32
Date Claim Filed: 07/26/2017

Phone: (800) 315-4757
Last Four Digits of Acct.#: 2526

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2526**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Julian Cotton

Transferee/Transferee's Agent

Date: 03/26/2018

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 26, 2018 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Arthur L. Fisher, Sr.
1804 Lucretia Dr.
Girard, OH 44420

**Co-Debtor**          *Via U.S. Mail*
Pamela L. Fisher
1804 Lucretia Dr.
Girard, OH 44420

**Debtors' Attorney**
Philip D. Zuzolo
Zuzolo Law Offices, LLC
700 Youngstown Warren Road
Niles, OH 44446

**Chapter 13 Trustee**
Michael A. Gallo
5048 Belmont Avenue
Youngstown, Ohio 44505

Respectfully Submitted,

/s/ Julian Cotton
Julian Cotton