**IT IS SO ORDERED.**

**Dated: April 27, 2018**
      04:39:24 PM

_____
Kay Woods
United States Bankruptcy Judge

```
              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF OHIO
                                    *
IN RE:                              *
                                    *        CASE NUMBER 17-40457
ARTHUR L. FISHER, SR. and           *
PAMELA L. FISHER,                   *        CHAPTER 13
                                    *
    Debtors.                        *        HONORABLE KAY WOODS
                                    *
****************************************************************
   ORDER (i) GRANTING, IN PART, MOTION FOR SUMMARY JUDGMENT; AND
       (ii) DENYING, IN PART, MOTION FOR SUMMARY JUDGMENT
****************************************************************
```

This cause is before the Court on Motion for Summary Judgment on Objection to Proof of Claim No. 14-1 ("Motion for Summary Judgment") (Doc. 62) filed by Debtors Arthur L. Fisher, Sr. and Pamela L. Fisher on March 8, 2018. The Debtors ask the Court to disallow Claim 14[1] because the underlying claim is barred by the six-year statute of limitation in Ohio Revised Code § 1303.16(A).

---

[1] All capitalized terms not defined herein are defined in the Court's Memorandum Opinion Regarding Debtors' Motion for Summary Judgment on Objection to Proof of Claim No. 14-1 entered on this date.

On March 22, 2018, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS6 filed Opposition of Bank of New York Company as Trustee to Debtor's [sic] Motion for Summary Judgment on Objection to Proof of Claim No 14-1 (Doc. 62). On March 29, 2018, the Debtors filed Reply in Support of Debtors' Motion for Summary Judgment on Objection to Proof of Claim No. 14-1 (Doc. 72).

For the reasons set forth in the Court's Memorandum Opinion Regarding Debtors' Motion for Summary Judgment on Objection to Proof of Claim No. 14-1 entered on this date, the Court hereby (i) grants the Motion for Summary Judgment in part, finding that enforcement of the Note and Mortgage are both governed by the statute of limitations in O.R.C. § 1303.16(A) and are time-barred; and (ii) denies the Motion for Summary Judgment in part, finding that the Mortgage may support an action for ejectment, which is covered by the statute of limitations in O.R.C. § 2305.04 and would not be time-barred. However, because the issue of ejectment has not been fully briefed, the Court makes no finding that Claim 14 encompasses a potential cause of action for ejectment.

# # #

**INSTRUCTIONS TO CLERK**

Please serve a copy of the foregoing upon the following via regular mail:

1. Specialized Loan Servicing LLC
   8742 Lucent Blvd., Suite 300
   Highlands Ranch, Colorado 80129

2. U.S. Bank, N.A., as Trustee of the NRZ Pass-Through Trust X
   P.O. Box 5229
   Cincinnati, OH 45201-5229