IT IS SO ORDERED.

Dated:  May 21, 2018
        03:22:11 PM

_____
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Arthur and Pamela Fisher | ) | Case No.: 17-40457 |
| | ) | |
| Debtors. | ) | Judge Kay Woods |
| | ) | |
| | ) | **AGREED ORDER RESOLVING OBJECTION TO PROOF OF CLAIM NUMBER 14-1** |

THIS CAUSE CAME before the Court on the Debtors' Amended Objection to Proof of Claim Number 14-1 filed by The Bank of New York Mellon Trust Company c/o Specialized Loan Servicing and then subsequently transferred to Specialized Loan Servicing, LLC as servicing agent for U.S. Bank, as Trustee of the NRZ Pass-Through Trust X.  Without admitting liability, the Parties will compromise the disputed claims in the above matter as follows:

1)      The loan will be modified with the following terms:

a. The total balance due on the loan will be reduced from $110,119.74 to an unpaid principal balance of $45,000.00;

b. The current interest rate is adjustable at 9.125% with a principal and interest payment of $590.51.  The new interest rate will be a fixed rate at 2% for the remaining term of the loan.  The new principal and interest payment will be $301.13;

c. The escrow portion of the Debtors' payment will be $248.83 and adjusted in the future in accordance with the Real Estate Settlement Procedures Act;

d. The modification will bring the loan completely current with any alleged default cured.  All other amounts, including fees and charges of any kind, will be brought current with a zero balance.

2) The Creditors agree to pay Debtors $39,500.00 inclusive of alleged statutory attorneys fees and costs.

3) This Order also resolves the Debtors' Amended Motion for Contempt against The Bank of New York Mellon Trust Company, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS, US Bank, N.A., solely as trustee of the NRZ Pass-Through Trust X, and Specialized Loan Servicing filed in bankruptcy case number 07-40993.

4) Proof of Claim number 14-1 is hereby disallowed by agreement.

5) The Parties agree that all other claims are released and they will dismiss the underlying state court actions.

**IT IS SO ORDERED.**

# # #

Respectfully Submitted,

/s/ *Philip D. Zuzolo*
Philip D. Zuzolo (0081865)
Zuzolo Law Offices, LLC
700 Youngstown -Warren Rd.
Niles, Ohio 44446
330-652-1609
330/652-9421 – fax
lawyers@zuzolo.com
*Attorney for Debtors*


/s/ *Richard A. Freshwater*
Richard A. Freshwater (0080762)
Thompson Hine LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114
216-566-5500
216-566-5800 – Fax
Richard.Freshwater@thompsonhine.com
*Attorney for Creditors*

## INSTRUCTIONS TO THE COURT

Please serve a copy of the foregoing to the following listed below:

Michael Gallo
Chapter 13 Trustee
Via email: mgallo@gallotrustee.com

U.S. Trustee's Office
Howard Metzenbaum Courthouse
Via email: Trustee@Usdoj.Gov

Philip D. Zuzolo
Zuzolo Law Offices
Via email: lawyers@zuzolo.com

Richard Freshwater
Thompson Hine LLP
Via email:
richard.freshwater@thompsonhine.com